UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER BIXLER<br><br>   Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | Case No. 15-cv-01112-NC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  August 31, 2015<br>Mediator:  Juan Walker |

   IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Courtney Hauer, from appearing in person at the August 31, 2015, mediation before Juan Walker is GRANTED.  The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

   **IT IS SO ORDERED**.

Dated: JUNE 11, 2015

Maria-Elena James
United States Magistrate Judge