UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER BIXLER,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

Case No.15-cv-01112-NC

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff Roger Bixler moved for dismissal without prejudice of this case. The Court previously determined that dismissal without prejudice was appropriate, but required Bixler to pay Target's costs in the amount of $585. Bixler has now filed proof of payment, so the Court DISMISSES the case WITHOUT PREJUDICE. The clerk is ordered to terminate the case.

**IT IS SO ORDERED.**

Dated: December 11, 2015

                                            _____
                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge

Case No.15-cv-01112-NC